UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RAYMOND BONNER,

                              Plaintiff,

            -v-

FEDERAL BUREAU OF INVESTIGATION
and CENTRAL INTELLIGENCE AGENCY,

                              Defendants.

21 Civ. 2166 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      On June 15, 2021, the parties filed a joint status update informing the Court that they were on track to complete processing of the English portions of the handwritten notebook by June 30, 2021. The parties are directed, within one week of the date of this order, to file a joint status update explaining whether processing of the notebook is complete and whether the parties anticipate settlement.

      SO ORDERED.

                                                       *Paul A. Engelmayer*
                                                       PAUL A. ENGELMAYER
                                                       United States District Judge

Dated: July 30, 2021
          New York, New York