UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RAYMOND BONNER,

                                Plaintiff,

-v-

FEDERAL BUREAU OF INVESTIGATION *and*
CENTRAL INTELLIGENCE ANGENCY,

                                Defendants.

21 Civ. 2166 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

In light of the discoveries and concessions made by both parties in briefing the cross-motions for summary judgment, the Court orders the parties to confer and file a joint letter, explaining with specificity: (1) the remaining scope of the parties' dispute; (2) the produced documents that remain at issue in this litigation and which defendant controls these documents; (3) the present redactions to those documents; and (4) the exemption(s) applicable to each such redaction. The parties shall also provide the Court the produced documents with only the redactions that remain at issue. Each redaction should be accompanied by small text identifying the applicable exemption.

The joint letter and exhibits are due by **7 p.m. on Friday, July 7, 2023**.

SO ORDERED.

                                                                *Paul A. Engelmayer*
                                                                Paul A. Engelmayer
                                                                United States District Judge

Dated: July 5, 2023
       New York, New York