**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
RAYMOND BONNER,

                      Plaintiff,                      21 **CIVIL** 2166 (PAE)

      -against-                      **JUDGMENT**

FEDERAL BUREAU OF INVESTIGATION and
CENTRAL INTELLIGENCE AGENCY,

                      Defendants.
-------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Opinion & Order dated January 19, 2024, the Court denies Bonner's motion for reconsideration, grants the Government's motion for summary judgment, and denies Bonner's cross-motion for summary judgment. Accordingly, this case is closed.

**Dated:**  New York, New York
          January 19, 2024

                                                          **RUBY J. KRAJICK**
                                                           **Clerk of Court**

                              **BY:**

                                                           **Deputy Clerk**