

ABRAMS INSTITUTE FOR FREEDOM OF EXPRESSION

## Yale Law School

February 15, 2024

**BY ECF**
The Honorable Paul A. Engelmayer
United States District Court Southern
District of New York
Thurgood Marshall United States Courthouse 40
Foley Square
New York, New York 10007

    Re: *Bonner v. FBI & CIA*, No. 21 Civ.2166 (PAE)

Dear Judge Engelmayer:

    We represent plaintiff Raymond Bonner in the above-referenced Freedom of Information Act ("FOIA") case. This Court's January 19, 2024 Order finally disposed of all remaining issues in this lawsuit and the parties are currently engaged in discussions over Plaintiff's request for recovery of certain attorneys' fees as permitted under FOIA. The parties hope to be able to resolve this issue without the need for a judicial resolution but will not be able to complete their negotiations in the 14 days allowed by statute.

    I therefore write on behalf of all parties to respectfully request an extension of the deadline for plaintiff to file any motion for an award of attorneys' fees and costs to and including March 29, 2024. There has been no prior request for an extension of this deadline.

    We thank the Court for its consideration of this request.

Respectfully submitted,

David A. Schulz

cc: Counsel of record (By ECF)

GRANTED. SO ORDERED.

_____
PAUL A. ENGELMAYER
Dated: February 16, 2024      United States District Judge